No. 827. WILLIAM FILENE'S SONS COMPANY, PETITIONER, *v.* CHARLES F. WEED ET AL. February 28, 1916. Petition for a writ of certiorari to the United States

Circuit Court of Appeals for the First Circuit granted. *Mr. James Butler Studley*, *Mr. Louis D. Brandeis*, *Mr. W. H. Dunbar* and *Mr. Francis B. James* for the petitioner. *Mr. Charles F. Choate, Jr.*, and *Mr. Frederick H. Nash* for the respondents.